UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTORIA LANEY,
        Plaintiff,

v.                                     Case No: 6:15-cv-681-Orl-18TBS

THOMAS RAY SLATEN, JR. , LARSEN AND
ASSOCIATES, P.L., JILL JORGENSEN,
SOUTHWEST PROPERTY MANAGEMENT
OF CENTRAL FLORIDA, INC., ROBERT
MCKEY and THE HAMMOCKS
HOMEOWNERS ASSOCIATION OF
ORANGE COUNTY, INC.,
        Defendants.

## ORDER

This case was referred to United States Magistrate Thomas B. Smith for a report and recommendation on Plaintiff Victoria Laney's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). The Court having reviewed the Report and Recommendation (Doc. 3), and there being no objections filed to the Report and Recommendation (Doc. 3), it is hereby

**ORDERED** and **ADJUDGED** that the Report and Recommendation (Doc. 3) is **APPROVED** and **ADOPTED**. Plaintiff Victoria Laney's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED**, and the Complaint (Doc. 1) is **DISMISSED without prejudice. Laney has leave to file an amended complaint within twenty-one (21) days** from the entry of this order. The Clerk of the Court is directed to **CLOSE** this case if Laney fails to file an amended complaint within the twenty-one (21) day period permitted by the Court.

**DONE AND ORDERED** at Orlando, Florida, this \_\_\_\_ day of May, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Party